# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Eve Del Castello
Plaintiff,

CASE NO. CV 08 3012

vs.

Alameda County Transit Parking Enforcement Center
Defendant.

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Eve Del Castello, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Self Employed  Yes ___ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7      a.    Business, Profession or              Yes  X   No ___

8            self employment?

9      b.    Income from stocks, bonds,           Yes ___ No  X

10           or royalties?

11     c.    Rent payments?                       Yes ___ No  X

12     d.    Pensions, annuities, or              Yes ___ No  X

13           life insurance payments?

14     e.    Federal or State welfare payments,   Yes ___ No  X

15           Social Security or other govern-

16           ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each. *Averages less than $800 per month. I helped my mom out & saved the property that had her name on it - I live there. I get gifts & exchanges from various friends in return for consulting/performing or running her office. Sources vary each month.*

21  3.    Are you married?                        Yes ___ No  X

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4.    a.   List amount you contribute to your spouse's support: $ _____

27        b.   List the persons other than your spouse who are dependent upon you for support

28             and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.   Do you own or are you buying a home?       Yes ___  No ✗

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.   Do you own an automobile?                   Yes ___ No ___

7  Make _____ Year 92 Model NISSAN SENTRA

8  Is it financed? Yes _____ No ✗ If so, Total due: $_____

9  Monthly Payment: $_____

10 7.   Do you have a bank account?  Yes ✗  No ___ (Do not include account numbers.)

11 Name(s) and address(es) of bank: WASHINGTON Mutual

12 25TH + MISSION ST

13 Present balance(s): $ 18.54 (EIGHTEEN DOLLARS)

14 Do you own any cash?  Yes ___  No ✗  Amount: $_____

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)                                    Yes ___ No ✗

17 _____

18 8.   What are your monthly expenses?  GAS, PARKING, FOOD, STAMPS, ETC. Run about the same

19 Rent: $ N/A            Utilities: as my income under $100"

20 Food: $ Some are Gifts    Clothing: some are gifts

21 Charge Accounts: None

22 Name of Account          Monthly Payment           Total Owed on This Account

23 _____          $_____              $_____

24 _____          $_____              $_____

25 _____          $_____              $_____

26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable.  Do not include account numbers.)   N/A

28 _____

- 3 -

1
2    10.    Does the complaint which you are seeking to file raise claims that have been presented in
3    other lawsuits?   Yes $\times$   No ___
4    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5    which they were filed. THIS CASE STARTED ALAMEDA County Superior-OAkland
6    CASE # RG06-283347 - GRANTED & then oppossition gave
7    person to oppose y2 the writ & was appealed in
     1ST App. Dist., Div 2 #A117981 & Reviewed By Supreme
8    Court S162541
     I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9    false statement herein may result in the dismissal of my claims.

10
11    6-18-08            *Ene Del Cartello*
12      DATE                   SIGNATURE OF APPLICANT

- 4 -