UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Eve Del Castillo                        No. CV 08 3012 BZ

    Plaintiff(s),                       CONSENT TO PROCEED BEFORE A
                                        UNITED STATES MAGISTRATE JUDGE
v. Alameda County Transit
Parking Enforcement Center

    Defendant(s).

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 6-18-08

Signature: Eve Del Castillo

Counsel for: Pro Se
(Plaintiff, Defendant or indicate "pro se")