UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVE DEL CASTELLO,<br><br>   Plaintiff(s),<br><br> v.<br><br>ALAMEDA COUNTY TRANSIT PARKING ENFORCEMENT CENTER,<br><br>   Defendant(s). | No. C08-3012 BZ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that the case management conference in this matter is **continued** to **Monday, December 1, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Case management statements are due seven (7) days prior to the case management conference.

  Plaintiff shall serve defendants with a copy of this Order.

Dated: September 23, 2008

              _____
               Bernard Zimmerman
              United States Magistrate Judge

G:\BZALL\-BZCASES\DEL CASTELLO V. ALAMEDA CTY\ORDER CONTINUE CMC.wpd

1