UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVE DEL CASTELLO, | ) |
| Plaintiff(s), | ) No. C08-3012 BZ |
| v. | ) **BRIEFING ORDER** |
| ALAMEDA COUNTY TRANSIT PARKING ENFORCEMENT CENTER, | ) |
| Defendant(s). | ) |

Having received defendant's motion to dismiss scheduled for hearing on January 7, 2009, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition shall be filed by **December 8, 2008**; and

2. Defendant's reply, if any, shall be filed by **December 15, 2008**.

Dated: November 18, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DEL CASTELLO V. ALAMEDA CTY\BRIEFING ORDER.wpd

1