UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVE DEL CASTELLO, | ) |
| Plaintiff(s), | ) No. C08-3012 BZ |
| v. | ) **FINAL JUDGMENT** |
| ALAMEDA COUNTY TRANSIT PARKING ENFORCEMENT CENTER, | ) |
| Defendant(s). | ) |

Having granted the motion to dismiss filed by defendant Alameda County Transit Parking Enforcement Center by order dated December 22, 2008, **IT IS ORDERED** and **ADJUDGED** that plaintiff take nothing, that the action be dismissed on the merits, and that defendant recover from the plaintiff its costs of action.

Dated: December 22, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DEL CASTELLO V. ALAMEDA CTY\FINAL JUDGMENT.wpd

1